Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Andrew Wright
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Andrew Mccartney / Beardstown Police
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)   Case No. _____
)            (to be filled in by the Clerk's Office)
)
)
)
)   Jury Trial: (check one)  ☑ Yes  ☐ No
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name              Andrew Wright
        Street Address    1702 Evergreen Dr
        City and County  Socorro / Socorro
        State and Zip Code  NM 87801
        Telephone Number  505 804 8203
        E-mail Address

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Andrew McCartney
- Job or Title (if known): Police Officer
- Street Address: 418 E. Main St
- City and County: Beardstown, Cass
- State and Zip Code: Beardstown, IL 62618
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Beardstown Police Department
- Job or Title (if known):
- Street Address: 418 E. Main St
- City and County: Beardstown, Cass
- State and Zip Code: Illinois 62618
- Telephone Number: 217 323-3131
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Ammendment U.S. Constitution

8th Ammendment US Const.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Andrew Wright, is a citizen of the State of *(name)* New Mexico.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Andrew McCartney, is a citizen of the State of *(name)* Illinois. Or is a citizen of *(foreign nation)* _____.

CIVIL COMPLAINT

CRUEL AND UNUSUAL PUNISHMENT :

Andrew Mccartney did place his handcuffs ,backwards around Andrew Wrights wrists, so tightly that it cut off circulation to Andrew Wrights wrists.This did cause pressure to the joint of ulna and styloid process throughout the entire transportation. This resulted in contusion to the wrists and pain.Andrew Wright did tell officer Mccartney that they were to tight ,several times. He also stated that they were on backwards Andrew then asked for a supervisor to alleviate the situation.Mccartney was fully aware and responded that he wouldn't loosen the cuffs.Mccartney knew this caused pain to Andrew Wright, and continued this course of action,in violation of the 8th amendment U.S. constitution.Placing the cuffs on backwards, is a common practice of the beardstown police,having occurred on two separate prior occasions resulting in injury to Mr. Wright.

EXCESSIVE FORCE:

Andrew Mccartney did apply pressure downwards on the cuffs.This caused Andrew to kneel to his knees.Andrew then stood up and asked him to" stop hurting me". Then again he applied pressure downward to the cuffs, with Andrew Wrights pants falling down.Mr Wright informed McCartney,that he would have to sit down.This downward pressure,coupled with the pants falling, caused Andrew Wright to sit down at the bench in front of Schuyler County jail.Mccartney then instructed Mr Wright to stand up which he did.  Andrew Mccartney  pulled on Mr Wrights coat,and executed a throw,with his right hand on the back of Mr.Wrights neck.Andrew Mccartney knew that Mr. Wrights hands were cuffed behind his back,and had no way of protecting his face.Mccartney threw Andrew towards the ground ,with such force, pushing forward, and down on his neck.Mccartneys actions caused injury to Mr Wright,resulting in great bodily harm,in violation of US Constitution, excessive force. Several stitches were placed in Andrew Wrights lip.There was bleeding from inside the eye socket. There were contusions to Mr Wrights face.A large scabbed area to the left of the left eye.There was permanent scarring to Mr Wrights lip and face,also a damaged incisor.

*Andrew Wright* (signature)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation
   The defendant, (name) __Beardstown Police__, is incorporated under the laws of the State of (name) __Illinois__, and has its principal place of business in the State of (name) __Illinois__.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. **The Amount in Controversy**

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  __1,200,000__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Previous Page see claim__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

19,850 medical bills
234 versace eyeglasses
1,179,916 punitive damages

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 22 2022

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Andrew Wright

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Oct 25th 2022*

Signature of Plaintiff *[signature]*
Printed Name of Plaintiff *Andrea Wright*

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

